**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

**CLERK'S MINUTES**

2:21-cv-642 GBW/KRS

*Juston Waltrip, et al. v. Pilot Travel Centers, LLC, et al.*

---

**February 7, 2022**

**Attorneys for Plaintiffs:**     Benjamin Allen and Dreu Dixson

**Attorneys for Defendants**:     Jessica Marshall

**Proceeding**:     Status Conference

**Start Time:**     11:00 a.m.
**Stop Time:**     11:10 a.m.
**Total Time:**     10 minutes

**Clerk:**     AC

---

**NOTES**

- The Court greets the parties and enters their appearances for the record.

- The Court states that it set this status conference to discuss moving the settlement conference from September 20, 2022, to an earlier date.

- At this time, the parties are not in agreement about proceeding with a settlement conference before a ruling is made on Defendants' Motion to Compel Arbitration. Counsel will confer with their clients and notify the Court about whether they are ready to proceed with an earlier settlement conference. If the parties agree to an earlier settlement conference, the Court will set another hearing to reset the settlement conference.

- There being nothing further, Court adjourns.