IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTON WALTRIP, et al.,

    Plaintiffs,

v.                                                  No. 2:21-cv-642 GBW/KRS

PILOT TRAVEL CENTERS LLC and
PILOT CORPORATION,

    Defendants.

## CLERK'S MINUTES AND SETTLEMENT CONFERENCE MEMORANDUM

### Before Magistrate Judge Kevin R. Sweazea

Date and Time:     **September 20, 2022 at 9:00 a.m. via Zoom**

| Plaintiff's Counsel in Attendance: | Appearances for Plaintiff: |
|---|---|
| Banjamin Allen | Joseph Caroll, Plaintiff |
| Dreu Dixson | Andres Rocha, Plaintiff |

| Defendant's Counsel in Attendance: | Appearances for Defendant: |
|---|---|
| Alan Rupe | Latisha Stubblefield, Head of Litigation for Pilot Travel Centers, LLC |
| Jessica Marshall | |
| Jonathan Craig | |

\_\_\_\_ **Case settled**. Closing documents to be filed within \_\_\_ days.

_X_ **Case did not settle**. The Court will continue to monitor the case and set a status conference pending the outcome of the arbitration issue.

\_\_\_\_ **Settlement efforts to be continued on** _____**at**\_\_\_\_.

_X_ **Via Zoom; Time in Court**:_1 hour_____.