IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTON WALTRIP, et al.,

    Plaintiffs,

v.                                                                                                  No. 2:21-cv-642 GBW/KRS

PILOT TRAVEL CENTERS LLC and
PILOT CORPORATION,

    Defendants.

### ORDER TO NOTIFY COURT OF STATUS OF ARBITRATION

THIS MATTER is before the Court *sua sponte* and upon review of the record. The presiding judge has stayed this case pending completion of arbitration. *See* (Docs. 66, 71, 125). The Court orders the parties to notify the Court of the status of the arbitration proceedings.

IT IS THEREFORE ORDERED that **by January 12, 2024**, the parties shall notify the Court in writing of the status of the arbitration proceedings.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE